FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 28, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONNY SHINEFLEW,<br><br>Defendant. | No. 2:19-CR-00215-TOR-2<br><br>ORDER FOLLOWING DETENTION REVIEW HEARING<br><br>**MOTION DENIED**<br>**(ECF No. 297)** |

At Defendant's August 27, 2020, detention review hearing, Defendant appeared via video while in custody at the Spokane County Jail.  Attorney Peter Schweda represented the Defendant and appeared by video from another location. Assistant U.S. Attorney Ann Wick represented the United States and appeared by video from a separate location.  United States Probation Officer Patrick Dennis was present telephonically.  At the time of the hearing, Defendant consented to proceeding by video teleconference.

Defendant was arrested in Seattle on June 15, 2020 and has been in custody since.  Detention has not been previously argued.

The Court has reviewed Defendant's Motion for Reconsideration, **ECF No. 297**, the United States' response, **ECF No. 315**, the Pretrial Services Report, **ECF No. 267,** the Supplemental Pretrial Services Report, **ECF No. 316,** the comments of Officer Dennis, and the proffers and argument of counsel.

As a threshold matter, Defendant must proffer information not previously known to Defendant or his counsel, amounting to a material change in the

ORDER - 1

circumstances considered by the Court in its prior detention determination.  18 U.S.C. 3142(f).

Defendant represents that he has recently contacted and confirmed that he may reside with a faith-based residential rehabilitation program in the district, that he has located probable employment, and would be allowed to resume his participation in Spokane County Superior Court's "Drug Court" diversion program.  Defendant points to the March 2020 birth of a son, his first child, as motivation for compliance with court-ordered conditions that he remain out of custody and available to raise his child.

Defendant asserts that this information was heretofore unknown, and has a material bearing on the issue of whether or not release conditions can be fashioned pursuant to 18 U.S.C. § 3142(f).

The United States argued that Defendant's adult record of nineteen felony convictions beginning at age 20 and accumulating at a consistent rate until age 45, combined with failing to complete a highly structured Spokane County Superior Court "Drug Court" diversion program demonstrate that no conditions will reasonably assure defendant's appearance or the safety of the community.

The Pretrial Services report indicates that in 2018 Defendant failed to appear for a change of plea and sentencing in state court.  The same report also indicates that in late 2019 Defendant started participation in Spokane County Superior Court's "Drug Court," which is a court ordered pretrial diversion program presided over by a Superior Court judge, offering dismissal of charges upon completion. Defendant did not complete the program.

The Court finds the United States has established by the required preponderance of evidence an absence of conditions or combination of conditions that would reasonably assure this Defendant's presence at trial and by clear and convincing evidence that Defendant poses a present risk to the safety of other persons or the community.

ORDER - 2

Therefore, **IT IS ORDERED** Defendant's motion for detention review,
**ECF No. 297,** is **DENIED.**  Defendant is remanded to the custody of the United
States Marshal pending disposition of this case or until further order of the court.

**IT IS SO ORDERED**.

DATED August 28, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 3